## Commonwealth, Appellant, v. Boyd.

Argued December 8, 1969. *S. Harris*, Assistant District Attorney, with him *John J. Collins*, Assistant District Attorney, and *Ward F. Clark*, District Attorney, for Commonwealth, appellant; *Rodney D. Henry*, Public Defender, for appellees.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.

## Commonwealth v. Brown, Appellant.

Submitted December 8, 1969. *Harry L. Green, Jr.*, Assistant Public Defender, for appellant; *Richard A. Devlin* and *Stewart J. Greenleaf*, Assistant District Attorneys, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.